**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 99-7632**

_____

EDWARD THOMAS ILLSLEY,

Plaintiff - Appellant,

versus

KATHLEEN HAWKS, Director, United States Bureau
of Prisons; STEPHEN DEWALT, Warden, Federal
Correctional Institution; VIRGINIA STATE
PAROLE BOARD, Director and Members,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Richard L. Williams, Senior District Judge. (CA-99-424)

_____

Submitted: January 18, 2000          Decided: February 4, 2000

_____

Before WILLIAMS, TRAXLER, and KING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Edward Thomas Illsley, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Edward Thomas Illsley appeals the district court's order dismissing his action which it properly construed as filed under 42 U.S.C.A. § 1983 (West Supp. 1999) and <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971). We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See Illsley v. Hawks</u>, No. CA-99-424 (E.D. Va. Nov. 15, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2